UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **SALVADOR ALVARENGA VALLE,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**CHRISTOPHER BULLOCK, Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement, in his official capacity; and PAUL GRAY, Assistant Field Office Director, Nashville Sub-Office, U.S. Immigration and Customs Enforcement, in his official capacity**<br><br>**Respondents.** | ) | **NO. 3:26-cv-00994** |

**ORDER**

Before the Court is Salvador Alvarenga Valle's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C § 2241 and Complaint for Declaratory and Injunctive Relief. (Doc. No. 1). The Government shall file a response on or before Wednesday, July 22, 2026. In the interim, Respondents are **ENJOINED** from transferring Valle out of the Middle District of Tennessee.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE