**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SALVADOR ALVARENGA VALLE,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**CHRISTOPHER BULLOCK, Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement, in his official capacity; and PAUL GRAY, Assistant Field Office Director, Nashville Sub-Office, U.S. Immigration and Customs Enforcement, in his official capacity**<br><br>**Respondents.** | ) | **NO. 3:26-cv-00994** |

**ORDER**

Pursuant to the Court's Order of July 20, 2026, the Court enjoined Respondents from transferring Salvador Alvarenga Valle out of the Middle District of Tennessee. (Doc. No. 5). Valle has filed an Emergency Motion to Enforce and Clarify Injunctive Relief and to Stay Removal from Tennessee (Doc. No. 7), informing the Court that Respondents nevertheless moved Valle to a detention facility in Mason, Tennessee. Therefore, Valle's motion (Doc. No. 7) is **GRANTED IN PART.** Respondents shall keep Valle in Mason, Tennessee or return him to the Middle District of Tennessee.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE