**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SALVADOR ALVARENGA VALLE,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**CHRISTOPHER BULLOCK, Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement, in his official capacity; and PAUL GRAY, Assistant Field Office Director, Nashville Sub-Office, U.S. Immigration and Customs Enforcement, in his official capacity**<br><br>**Respondents.** | ) | **NO. 3:26-cv-00994** |

**ORDER**

In the response to the Court's Order of August 11, 2026, Respondents attached and relied on a document that is entirely in Spanish. (Doc. No. 20-1). The Court cannot make a ruling without an English-language version of the document. Accordingly, within three days of the entry of this Order, Respondents shall file a version of the document in English.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE